

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Alejandro Hernandez, | § | No. 08-19-00091-CV |
| Appellant. | § | Appeal from the |
| | § | County Court at Law No. 3 |
| Alberto Enrique Hernandez and Reynaldo Aaron Morales, | § | of El Paso County, Texas |
| Appellees. | § | (TC# 2018-CCV01804) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's Pro Se third motion for extension of time within which to file the brief until **July 14, 2019.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S PRO SE BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Mr. Alejandro Hernandez, the Appellant, prepare the Appellant's pro se brief and forward the same to this Court on or before July 14, 2019.

IT IS SO ORDERED this 17th day of June, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.